# Recommendations

- My recommendation is that full-scale RCP testing and S4 RCP testing should be conducted on current commercially available butt fused PVC pipe to determine the RCP Full-Scale Critical Pressure.

- Testing needs to be done on various pipe sizes and dimension ratios to determine diameter and wall thickness effects.



UGSI 00708

# Recommendations

The following requirements should be added to industry standards for butt fused PVC pipe:

- The PVC pipe internal pressure during both operation and leak pressure testing shall be maintained below the PVC pipe full-scale RCP critical pressure.

- In the event that PVC pipe RCP critical pressure data are not available, then the DR of the butt fused PVC pipe shall be DR 13 or lower – e.g. DR 11 or DR 9.

UGSI 00709

# Conclusions

- RCP is a failure mode that is infrequent, but possible to occur under certain conditions with an initiating event.

- An understanding of design practices and material properties is recommended.

- RCP events in PE pipe are not possible for typical water filled PE pipes and $P_c$ for a PE was shown to be greater than the pipe's Pressure Rating.

- Based on test results and field experience, RCP events in PVC pipes are possible and $P_c$ may be less than the pipe's Pressure Rating.



UGSI 00710

# OUTLINE



**RCP Failures in Butt Fused PVC Pipe**

- Known RCP Field Failures in Butt Fused PVC Pipe
- RCP Laboratory Data for PVC Pipe
- Proposals to Prevent RCP Failures in FPVC

**Butt Fusion Failures in PVC Pipe**

- Known Butt Fusion Field Failures in PVC Pipe
- Joint Integrity Laboratory Data for PVC Pipe
- Proposals to Prevent BF Failures in FPVC

UGSI 00711

# Known FPVC BF Failures



|    | BF Failure Location   | Date of Failure | Pipe size       |
|----|-----------------------|-----------------|-----------------|
| 1  | Young's Bay, OR       | 2007            | 8" DR 18        |
| 2  | San Francisco, CA     | 2007            | 12" DR 14       |
| 3  | Young's Bay, OR       | 2008            | 8" DR 18        |
| 4  | Collier County, FL    | 2008            | 36" DR 25       |
| 5  | Des Moines, IA        | 2008            | 20" DR 18       |
| 6  | Guttenberg, IA        | 2008            | 12" DR 18       |
| 7  | Bremerton, WA         | 2009            | 16"             |
| 8  | London, ON            | 2009            | 450 mm DR 25    |
| 9  | Baton Rouge, LA       | 2009            | 36" DR 32.5     |
| 10 | Haynesville Shale, LA | 2010            | 6" DR 18        |
| 11 | Haynesville Shale, LA | 2010            | 10" DR 18       |
| 12 | Haynesville Shale, LA | 2010            | 14" DR 18       |
| 13 | London, ON            | 2010            | 450 mm DR 25    |
| 14 | Pittsfield, IL        | 2010            | 18" DR 18       |
| 15 | Plymouth, WI          | 2011            | 12" DR 18       |
| 16 | SLC, Utah             | 2012            | 18" DR 26       |
| 17 | Evansville, IN        | 2012            | 12" DR 18       |
| 18 | SLC, Utah             | 2012            | 16" DR 31       |

UGSI 00712

# 8" DR 18 PVC Pipe – Young's Bay, OR –





8" DR 18 PVC Pipe – Young's Bay, OR

# 12" DR 18 PVC Pipe – Guttenburg, IA



# LA Water Company

- TX Water Company installed many miles of butt fused PVC pipe in various pipe sizes – 6", 10", 14" – in the TX and LA area.

- They experienced many butt fusion failures in each of these pipe sizes.

- TX Water Company has replaced miles of butt fused PVC pipe due to these butt fusion failures.

# OUTLINE

## RCP Failures in Butt Fused PVC Pipe

- Known RCP Field Failures in Butt Fused PVC Pipe
- RCP Laboratory Data for PVC Pipe
- Proposals to Prevent RCP Failures in FPVC

## Butt Fusion Failures in PVC Pipe

- Known Butt Fusion Field Failures in PVC Pipe
- Joint Integrity Laboratory Data for PVC Pipe
- Proposals to Prevent BF Failures in FPVC



UGSI 00717

# Butt Fusion

- Butt fusion is one of the most common methods of joining thermoplastic pipe.
- Butt fusion joints provide a leak-free system with very good long-term performance.
- PE pipe butt fusion procedures were developed over 50 years ago.
- PVC pipe butt fusion procedures were recently developed, as discussed in a 2003 paper by David Woods and Tom Marti

UGSI 00718

# Background

- A 3rd party lab was supplied with PE and PVC properly made butt fusion joints and control pipe samples.

- Standard ASTM test methods were used for butt fusion bead appearance and butt fusion joint integrity.

- This presentation summarizes a research program recently completed to assess the integrity of butt fusion joints for PE and PVC pipe using these ASTM test methods.

UGSI 00719

# PE Visual Bead Appearance



10-180-05 A

UGSI 00720

# PVC Visual Bead Appearance



UGSI 00721

# Bent Strap Test

- Similar in concept to the bend test performed on some steel welds and described in ASTM E190 "Standard Test Method for Guided Bend Test for Ductility of Welds"



| Test | Bent Strap |
|---|---|
| ASTM Test Method | D2657 & F2620 |
| PE Butt Fusion | All fusions held |
| PVC Butt Fusion | All fusions broke |



# ASTM D638 Tensile Test

*"Standard Test Method for Tensile Properties of Plastics"*

- **Test Method for determining tensile strength and elongation at break for plastic materials**



# PE Tensile Test Results – ASTM D638



| Property | Average of Fusion Joint Results expressed as a % of the Average of the Pipe Control Results |
|---|---|
| Stress at Yield | 96% |
| Elongation at Yield | 107% |
| Stress at Break | 104% |
| Elongation at Break | 127% |
| Energy at Break | 116% |

# PVC Tensile Test Results – ASTM D638

| Property | Average of Fusion Joint Results expressed as a % of the Average of the Pipe Control Results. |
|---|---|
| Stress at Yield | N/A (Note 1) |
| Elongation at Yield | N/A (Note 1) |
| Stress at Break | 85% |
| Elongation at Break | 3% |
| Energy at Break | 2.4% |

Note 1 – The PVC butt fusion joints broke before yield

UGSI 00725