# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNDERGROUND SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE PALERMO, a/k/a GENE PALERMO,<br><br>Defendant. | Case No. 13-cv-8407<br><br>Judge Matthew Kennelly |

**AFFIDAVIT OF PROOF PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 56(C)**

I, Dale B. Edwards, after having been duly sworn state that if I were called to an evidentiary hearing, I would competently testify on the basis of personal knowledge to the following:

1. I am a Senior Managing Consultant at Engineering Systems Inc. ("ESI").

2. I composed an Expert Report on behalf of Underground Solutions, Inc. regarding the allegations and issues in this case. A copy of my Expert Report is attached as Exhibit A. My qualifications can be found on pages 2-3 of my Expert Report.

3. My Expert Report was based on personal knowledge of the underlying incidents discussed in Defendant Eugene Palermo's presentations and publications as well as a review of the applicable standards and literature in this case

4. My Expert Report also contains an imprint verifying that I am a registered professional engineer in the State of Illinois.

5. The statements made in my Expert Report were made to the best of my personal knowledge and are true and accurate to the best of my knowledge.

6. If called to testify, I would affirm the contents of my Expert Report as true and accurate to the best of my knowledge.

Pursuant to 28 U.S.C. §1764, I declare under penalty of perjury that the foregoing is true and correct.

Page 1 of 2

Executed on __May 9, 2016__ (date).

___Dale B. Edwards___
(Signature)