# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNDERGROUND SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | Case No. 13-cv-8407 |
| EUGENE PALERMO, a/k/a GENE PALERMO, | Judge Matthew Kennelly |
| Defendant. | |

**AFFIDAVIT OF PROOF PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 56(C)**

I, Steve Ferry, after having been duly sworn state that if I were called to an evidentiary hearing, I would competently testify on the basis of personal knowledge to the following:

1.     I am the Laboratory Director of PSILab, Inc. in Longmont, Colorado.

2.     I composed an Expert Report on behalf of Underground Solutions, Inc. regarding the allegations and issues in this case.  A copy of my Expert Report is attached as Exhibit A. A copy of my curriculum vitae is attached as Exhibit B.

3.     My Expert Report was based on a review of the allegations in the pleadings, personal knowledge of some of the events discussed by  Defendant Eugene Palermo, as well as a review of the applicable standards, procedures, methodologies, testing and literature in this case

4.     The statements made in my Expert Report were made to the best of my personal and professional knowledge and are true and accurate to the best of my knowledge.

5.     If called to testify, I would affirm the contents of my Expert Report as true and accurate to the best of my knowledge.

Pursuant to 28 U.S.C. §1764, I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 6, 2016                                      (date).

(Signature